IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. TAYLA WREN OVERLIE, Defendant. | CR 23-53-GF-BMM<br><br>AMENDED ORDER |
|---|---|

Upon Petition of Tara J. Elliott, Assistant United States Attorney for the District of Montana, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Clerk of this Court issue a Writ of Habeas Corpus (For Prosecution) directing the Sheriff of the Hill County Detention Center and the United States Marshal for the District of Montana, to produce Tayla Wren Overlie before the Court at the Magistrate Judge's Courtroom in Great Falls, Montana, at **1:30 P.M. on Tuesday, September 26, 2023**, and Tayla Wren Overlie to stay in federal custody until Judgment in this cause is issued.   Tayla Wren Overlie shall then be returned to the custody of the Sheriff,

1

Hill County Detention Center, Havre, Montana.

DATED this 30th day of August, 2023.

John Johnston
United States Magistrate Judge